881 A.2d 1240

IN THE MATTER OF GEORGE E. KERSEY, AN ATTORNEY AT LAW (ATTORNEY NO. 215351963)

September 20, 2005.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–019, concluding that as matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **GEORGE E. KERSEY** of **FRAMINGHAM, MASSACHUSETTS,** who was admitted to the bar of this State in 1963, should be reprimanded for violating *RPC* 3.4(c) (disobeying an obligation under the rules of a tribunal), and good cause appearing;

It is ORDERED that **GEORGE E. KERSEY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.